IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LAZARO HELIBERTO GALINDO,**

   *Plaintiff*,

v.                                            Case No.: 4:23cv200-MW/MJF

**GORMAN,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing and

administrative fee." The Clerk shall close the file.

**SO ORDERED on June 16, 2023.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**